FILED
CLERK, U.S. DISTRICT COURT

JUL 13 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: MJ 16-1420 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| ERIC WESLEY MASON, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

    The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>no bail warrant; Failure to Comply with drug testing; no bail resources</u>

    and/or

1  B.    ( ) The defendant has not met his/her burden of establishing by clear and
2        convincing evidence that he/she is not likely to pose a danger to the safety of any
3        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4        finding is based on: _____
5        _____
6        _____
7        _____

8
9        IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.

11
12  Dated: July 13, 2016                         _____
                                                  ALICIA G. ROSENBERG
13                                                United States Magistrate Judge